FILED

03/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0262

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0262

_____

MOUNTAIN WATER COMPANY,

     Plaintiff and Appellant,

  v.

MONTANA DEPARTMENT OF REVENUE,

     Defendant and Appellee,

    and

CITY OF MISSOULA, a Montana municipal
corporation,

     Intervenor, Appellee,
     and Cross-Appellant,

    and

MISSOULA COUNTY,

     Intervenor, Appellee,
     and Cross-Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 18 2020